Rich Michaelson Magaliff, LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
Howard P. Magaliff
*Attorneys for Howard P. Magaliff, Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| FINGER LAKES MASSAGE GROUP, INC., | : | Case No. 20-22275 (RDD) |
| | : | |
| Debtor. | : | |

------------------------------------------------------------ x

| | | |
|---|---|---|
| HOWARD P. MAGALIFF, as Trustee of Finger Lakes Massage Group, Inc., | : : : | |
| | : | Adv. Pro. No. 22-07017 (RDD) |
| Plaintiff, | : : | |
| – against – | : : | |
| JOHN ROBINSON and FINGER LAKES HOLDING CORP., | : : : | |
| Defendants. | : | |

------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I certify that on March 23, 2022, I served a copy of the *Second Summons and Notice of Pretrial Conference in an Adversary Proceeding* [doc. 3] and the *Complaint to Avoid and Recover Fraudulent Transfers and Damages for Breach of Fiduciary Duty* [doc. 1] by First Class Mail to the Defendants and counsel for the Debtor as follows:

Finger Lakes Holding Co, Inc.
116 Muirfield Circle
Wheaton, IL 60189

John Robinson
116 Muirfield Circle
Wheaton, IL 60189

Lawrence Morrison, Esq.
Jerald Tenenbaum, Esq.
Morrison-Tenenbaum
87 Walker Street, Second Floor
New York, NY 10013

Dated: New York, New York
March 23, 2022

/s/ Heymi K. Colon
Heymi K. Colon

{00040389v1 }