```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:                                              :
                                                    :     Chapter 7
FINGER LAKES MASSAGE GROUP, INC.,                   :     Case No. 20-22275 (RDD)
                                                    :
            Debtor.                                 :
------------------------------------------------------------------------X
HOWARD P. MAGALIFF, as Trustee of                   :
Finger Lakes Massage Group, Inc.                    :
                                                    :
                          Plaintiff,                :
            v.                                      :     Adversary Proceeding
                                                    :     Case No. 22-07017 (RDD)
JOHN ROBINSON and                                   :
FINGER LAKES HOLDING CORP.                          :
                                                    :
                          Defendants.               :
------------------------------------------------------------------------X
```

      Plaintiff HOWARD P. MAGALIFF, as Trustee of Finger Lakes Massage Group, Inc. and Defendant, JOHN ROBINSON, through their undersigned attorneys, hereby stipulate:

      1.     The undersigned attorneys for Plaintiff and Defendant JOHN ROBINSON had previously agreed to an extension of time by which Defendants were to move, answer or otherwise appear by no later than June 20, 2022.

      2.     On April 20, 2022, counsel for Defendant JOHN ROBINSON submitted a letter motion requesting that the Court grant an extension of time by which Defendants were to move, answer or otherwise appear.

      3.     On April 21, 2022, the Hon. Robert D. Drain, responded to counsel for Defendant JOHN ROBINSON's letter motion via email advising that the request was so granted and as such Defendants time to move, answer or otherwise appear is no later than June 20, 2022.

4.      This stipulation hereby memorializes the foregoing and shall by filed on the Docket of this case.

Dated: New York, New York
    May 24, 2022

**Rich Michaelson Magaliff, LLP**  
*Attorney for Plaintiff*

By:  /s Howard P. Magalifff

    Howard P. Magaliff, Esq.
    335 Madison Avenue
    9th Floor
    New York, NY 10017
    Tel: 646-453-7851
    Email: hmagaliff@r3mlaw.com

**The Law Offices of Neal Brickman, P.C.**  
*Attorney for Defendant John Robinson*

By:     /s Jason A. Stewart

    Jason A. Stewart, Esq.
    420 Lexington Avenue, Suite 2811
    New York, New York 10170
    Tel: (212) 986-6840
    Email: jason@brickmanlaw.com