Rich Michaelson Magaliff, LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
Howard P. Magaliff

*Attorneys for Howard P. Magaliff,*
*Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                              :
                                                    :    Chapter 7
FINGER LAKES MASSAGE GROUP, INC.,                   :    Case No. 20-22275 (RDD)
                                                    :
                            Debtor.                 :
-----------------------------------------------------------------x
HOWARD P. MAGALIFF, as Trustee of                   :
Finger Lakes Massage Group, Inc.,                   :
                                                    :    Adv. Pro. No. 22-07017 (RDD)
                            Plaintiff,              :
                                                    :
         – against –                                :
                                                    :
JOHN ROBINSON and                                   :
FINGER LAKES HOLDING CORP.,                         :
                                                    :
                            Defendants.             :
-----------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that pursuant to the court's request, the Pre-Trial Conference previously scheduled for May 4, 2022 at 10:00 AM before the Honorable Robert D. Drain, United States Bankruptcy Judge, has been adjourned and will be held on June 24, 2022 at 10:00 AM.

Dated:   New York, New York          HOWARD P. MAGALIFF, TRUSTEE
         June 7, 2022

                                     /s/ Howard P. Magaliff
                                     335 Madison Avenue, 9th Floor
                                     New York, NY 10017
                                     646.453.7851
                                     *trustee@r3mlaw.com*

{00041784v1 }

## CERTIFICATE OF SERVICE

I, Heymi K. Colon, do hereby affirm under penalty of perjury, that on this 7th day of June, 2022, I served a true and correct copy of the *Notice Of Adjournment Of Pre-Trial Conference* via First Class Mail to the Defendants, Defendant's counsel and counsel for the Debtor as follows:

| | |
|---|---|
| Finger Lakes Holding Co, Inc.<br>116 Muirfield Circle<br>Wheaton, IL 60189 | John Robinson<br>116 Muirfield Circle<br>Wheaton, IL 60189 |
| Lawrence Morrison, Esq.<br>Jerald Tenenbaum, Esq.<br>Morrison-Tenenbaum<br>87 Walker Street, Second Floor<br>New York, NY 10013 | Jason A. Stewart, Esq.<br>The Law Offices of Neal Brickman, P.C.<br>420 Lexington Avenue, Suite 2811<br>New York, NY 10170 |

Dated:  New York, New York
       June 7, 2022          */s/ Heymi K. Colon*
                                                             Heymi K. Colon

{00041784v1 }